# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **TENNESSEE CVS PHARMACY, LLC,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00685** |
| | ) | |
| **TENNESSEE BOARD OF PHARMACY,** *et al.*, | ) | **District Judge Richardson** |
| | ) | **Magistrate Judge Frensley** |
| **Defendants.** | ) | |
| | ) | |

---

## UNOPPOSED MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

---

Defendants Tennessee Board of Pharmacy, Shanea McKinney, Marlin Blane, David Brown, Jake Bynum, Brooke Mills, Matthew Phillips, Melissa Boruff, Rebecca Leinart, Nichole Foster, Lucy Shell, and Jonathan Skrmetti, all sued in their respective official capacities (collectively "Defendants"), respectfully move the Court pursuant to Fed. R. Civ. P. 6(b)(1) and 12, for an extension of time up to and including August 4, 2026, to answer or otherwise respond to the Complaint in this action. (Doc. 1.) Plaintiffs do not oppose this motion.

Defendants' counsel conferred with Plaintiffs' regarding service and agreed to accept service of the Complaint on behalf of all Defendants named in the Complaint. Service of the respective summonses and the Complaint was accepted by counsel for Defendants as of June 5, 2026. (Doc. 47 – 54.) All Defendants in this action are represented by the Office of the Tennessee Attorney General. The Defendants' current deadline for answering or otherwise responding to the Complaint is June 26, 2026.

Good cause exists to grant the requested extension. After accepting service of the respective summonses and complaint electronically from Plaintiffs' counsel, Plaintiffs' counsel expressly agreed to the response deadline extension to August 4, 2026. Additionally, the

complexity of the case and the number of plaintiffs warrants additional time for an appropriate response.

**CONCLUSION**

For these reasons, Defendants respectfully request an extension up to and including August 4, 2026 to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

/s/ *Michael Wennerlund*
MICHAEL WENNERLUND (BPR# 31332)
Assistant Attorney General
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Michael.Wennerlund@ag.tn.gov
Telephone: (615) 741-8950

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on the 9th day of June, 2026, upon:

G. Brian Jackson
Blake M. Morain
**BUTLER SNOW LLP**
Neuoff Building
1320 Adams Street, Suite 1400
Nashville, TN 37208

David Castigan (*pro hac vice* pending)
Michael H. McGinley (*pro hac vice* pending)
Wilfred T. Beaye, Jr. (*pro hac vice* pending)
Cory K. Kopicki (*pro hac vice* pending)
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104

Steven A. Engel (*pro hac vice* pending)
**DECHERT LLP**
1900 K Street NW
Washington, D.C. 20006

*/s/ Michael Wennerlund*
Michael Wennerlund (031332)