# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CVS PHARMACY, LLC, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> TENNESSEE BOARD OF PHARMACY, ET AL., <br><br> *Defendants.* | Civil Case No.:  3:26-cv-00685 <br><br> JUDGE RICHARDSON |
| EXPRESS SCRIPTS, INC., ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> MARLIN BLANE, ET AL., <br><br> *Defendants.* | Civil Case No.: 3:26-cv-00806 <br><br> JUDGE RICHARDSON |
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> MARLIN BLANE, ET AL., <br><br> *Defendants.* | Civil Case No.: 3:26-cv-00816 <br><br> JUDGE RICHARDSON |
| UNITEDHEALTH GROUP, INC., ET AL., <br> *Plaintiffs,* <br> v. <br><br> MARLIN BLANE, ET AL., <br><br> *Defendants.* | Civil Case No.: 3:26-cv-00818 <br><br> JUDGE RICHARDSON |

# [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion to Consolidate Cases, Extend the Time to Respond to Pleadings, and Extend the Page Limitations for Any Resulting Briefing Related to Those Pleading Responses, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendants' Unopposed Motion to Consolidate Cases is GRANTED; and it is

FURTHER ORDERED that upon consolidation, the schedule set forth in Defendants' motion is hereby adopted, as follows:

| Item | Deadline |
|---|---|
| Initial Disclosures (Rule 26(a)(1)) | August 3, 2026 |
| Motions to Amend / Add Parties | August 14, 2026 |
| Global Responsive Pleading Deadline | August 21, 2026 |
| Initial CMC | August 26, 2026 |
| Last Day to Serve Written Discovery | October 30, 2026 |
| Subsequent Case Management Conference | November 6, 2026 |
| Discovery Motions Deadline | November 9, 2026 |
| Close of Fact Discovery | November 19, 2026 |
| Joint ADR / Status Report | November 24, 2026 |
| Dispositive Motions Deadline | December 15, 2026 |
| Responses to Dispositive Motions | 30 days after motion |
| Replies to Dispositive Motions | 21 days after response |

and, IT IS FURTHER ORDERED that should Defendants decide not to answer the four Complaints, they shall respond in a single, 75-page Rule 12 motion, and a single, 40-page reply, subject to revision based on Plaintiffs' filings, and upon further application of the parties to this Court.

2

SO ORDERED THIS _____ DAY OF JULY, 2026

_____
HON. ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

3