**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

EXPRESS SCRIPTS, INC., *et al.*,

       Plaintiffs,

   v.

MARLIN BLANE, *et al.*,

       Defendants.

Civil Action No. 3:26-cv-806

**DECLARATION OF THOMAS D. JENKINS**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Thomas D. Jenkins, declare pursuant to 28 U.S.C. §1746 as follows:

1. I am over the age of 18 and competent to provide this declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I have personal knowledge of the facts set forth in this declaration and authorize its use in connection with the above-captioned lawsuit.

3. I am currently the President of Evernorth Federal Services ("EFS"), a subsidiary of Evernorth Health Services. EFS was created in 2025 using the leadership and personnel of the Military and Veteran Division of Express Scripts, Inc. ("ESI"). EFS was designed to optimize the delivery of government-sponsored healthcare and prescription-drug benefits to federal clients by partnering with other subsidiaries of Evernorth Health Services.

4. As EFS President and former leader of the Military and Veteran Division of ESI, I am familiar with the contracts and other business relationships that EFS and ESI have with government entities, including how those contracts and other relationships affect every other Plaintiff.

1

5. EFS and ESI work with the U.S. Department of Defense ("DoD") to administer the TRICARE Pharmacy Benefits Program through a contract issued and administered by the Defense Health Agency ("DHA"), a component of DoD. This contract was initially issued to ESI and later transferred to EFS by novation, though ESI still performs work under the contract, which I am responsible for managing. Section C of the contract, titled "Statement of Work," sets forth EFS's key obligations in administering the TRICARE Pharmacy Benefits Program.

6. Working with ESI, EFS provides pharmacy benefit management functions for TRICARE—a DoD health-care program for military servicemembers, retirees, and their families—as a pharmacy benefits manager ("PBM"). As TRICARE's PBM, EFS (working with ESI) processes pharmacy claims, maintains a retail pharmacy network, acts as a fiscal intermediary between DoD and retail pharmacies, and distributes prescriptions to beneficiaries through the TRICARE Mail-Order Pharmacy. DoD requires EFS to administer a formulary (i.e., a list of covered medications) created and managed by DoD, and to charge TRICARE beneficiaries copayments on the terms and in the amounts the government dictates. DoD negotiates refunds from manufacturers for drugs included on the TRICARE formulary.

7. EFS, ESI, and their affiliated pharmacies have provided PBM and pharmacy services for TRICARE beneficiaries for over two decades. ESI was first awarded a federal contract to provide TRICARE pharmacy benefit services in 2002. The following year, ESI began operating the TRICARE Mail-Order Pharmacy, which helps DoD meet its statutory obligation to make prescription medications available to TRICARE beneficiaries directly by mail. In the ensuing years, DoD renewed and expanded its relationship with ESI, adding a retail pharmacy network in 2004 and specialty pharmacy services in 2009 to the services ESI offers TRICARE beneficiaries. DoD most recently extended its TRICARE pharmacy-benefit relationship with ESI in 2021. In

2

2025, the current version of the federal contract, known as TPharm5, was transferred to EFS by novation. This contract runs through 2029. Excerpts of this contract are attached as Exhibit B to Plaintiffs' complaint.

8. EFS's and ESI's service to TRICARE beneficiaries is subject to significant oversight by DoD and DHA officials. Indeed, DoD dictates almost all of EFS's responsibilities in supporting TRICARE. For example, the TPharm5 contract requires EFS to use the DoD approved formulary, a tiered cost-sharing structure, and a preference for generic over branded products. EFS and DoD representatives interact daily regarding contract administration and execution, meet weekly to discuss performance of the TRICARE contract, and have a formal program review three times a year.

9. The TPharm5 contract requires EFS to administer a national mail-order pharmacy program for TRICARE beneficiaries, which it does in partnership with ESI. ESI's mail-order pharmacy comprises Express Scripts Pharmacy, Inc. and ESI Mail Pharmacy Service, Inc. (together, "Express Scripts Pharmacy"). ESI informed DoD of its intent to use Express Scripts Pharmacy as TRICARE's mail-order pharmacy when ESI first submitted its proposal to administer the TRICARE Pharmacy Benefits Program in 2002. When DoD awarded the TRICARE pharmacy benefits contract to ESI, it accepted Express Scripts Pharmacy as the TRICARE mail-order pharmacy. Consistent with TPharm5's mandate to administer a national mail-order program, Express Scripts Pharmacy provides mail-order services in all 50 states, the District of Columbia, U.S. territories, and diplomatic and military post offices overseas.

10. Based on information available to me, Express Scripts Pharmacy dispensed more than 734,000 prescriptions to nearly 45,000 TRICARE beneficiaries in Tennessee in 2025.

3

11. As the mail-order pharmacy provider for TRICARE, Express Scripts Pharmacy receives guidance and supervision from DoD through ESI and EFS. Representatives of Express Scripts Pharmacy also interact with DoD representatives, for example, during DoD reviews of the mail-order program.

12. Under the TPharm5 contract, EFS may designate pharmacies to dispense specialty pharmaceutical agents by mail order, subject to DoD approval. Accredo Health Group, Inc. ("Accredo") as well as Lynnfield Drug, Inc. d/b/a Freedom Fertility Pharmacy and Lynnfield Compounding Center, Inc. d/b/a Freedom FP Fertility Pharmacy (together, "Freedom Fertility") have been designated for this purpose. The government approved those designations on July 27, 2023, effective March 1, 2024. That approval is reflected in Exhibit C to Plaintiffs' complaint, which includes excerpts from the modifications to the TPharm5 contract agreed to by DHA and ESI. Section F.5 lists ESI-affiliated facilities authorized for replenishment of pharmaceutical agents used in mail-order fulfillment. Location HT806C, in Lynnfield, MA, is a facility associated with Freedom Fertility. Locations HT801C in Memphis, Tennessee; HGC006 and HT800C in Tempe, Arizona; HT802C in New Castle, Delaware; HT803C in Orlando, Florida; HT804C in Warrendale, Pennsylvania; and HT805C in Whitestown, Indiana, are facilities associated with Accredo.

13. Accredo's Memphis location dispensed more than 186,000 medications to over 41,000 TRICARE beneficiaries across the country in 2025. Within Tennessee alone, the Memphis facility dispensed over 15,000 medications to over 3,000 TRICARE beneficiaries.

14. Overall, Accredo shipped nearly 19,000 prescriptions to more than 3,600 TRICARE beneficiaries in Tennessee in 2025. Freedom Fertility shipped an additional 105 prescriptions to 19 TRICARE beneficiaries in Tennessee.

4

15.     I understand that Express Scripts Pharmacy, Accredo, and Freedom Fertility—as pharmacies affiliated with EFS and ESI—will be prohibited by the "Freedom, Access, and Integrity in Registered Pharmacy Act" from operating in Tennessee. I further understand that this statute states it "does not apply to pharmacy services provided pursuant to a contract with the United States government for the administration of a federal healthcare program by the department of defense." To the best of my understanding, this means that Express Scripts Pharmacy, Accredo, and Freedom Fertility would be permitted to operate in Tennessee only if they *exclusively* served TRICARE beneficiaries in Tennessee, and no retail (commercial) customers.

16.     The TPharm5 contract, however, presupposes and leverages the commercial arm of these pharmacies' business, by requiring use of a "replenishment" model. Under this model, the pharmacies must dispense prescriptions to TRICARE beneficiaries from their own, commercially-acquired inventory and then request "replenishment" of the same drug from the government's wholesale pharmaceutical distributor (referred to as the "National Prime Vendor"), which sends drugs in the most economical package size. Without access to the commercial market, the replenishment model cannot properly function, and the government will not be able to realize its anticipated savings.

17.     The business models of Express Scripts Pharmacy, Accredo, and Freedom Fertility also depend on serving non-TRICARE patients alongside TRICARE patients. It would not be feasible for these pharmacies to exclusively serve TRICARE beneficiaries. Specifically, given the number of TRICARE beneficiaries, there would not be sufficient economies of scale to support nationwide and overseas mail-order and specialty pharmacy services that provide access to the full range of medications and pharmacy services that those beneficiaries need.

18.     As discussed, Express Scripts Pharmacy, Accredo, and Freedom Fertility are contractually designated as EFS's mail-order pharmacies under TPharm5, so EFS cannot unilaterally shift to new mail-order pharmacies nationwide.  Even if DoD could, in theory, approve a different contractual arrangement, it has not done so.

19.     Regardless, it would be highly impractical for DoD and EFS to shift to a new mail-order pharmacy nationwide, even if that were permitted under the TPharm5 contract.  Any new pharmacy would need the ability to distribute drugs nationwide, and specialty pharmacies would need the ability to dispense specialty medications and offer accompanying clinical services.  Given the numerous requirements that the TRICARE mail-order pharmacy must meet under the TRICARE statute and contract, it could take years for a new pharmacy to be able to administer the program.  Shifting TRICARE's entire mail-order relationship to a new pharmacy would undermine the program's stability, generate significant transition costs, and risk disrupting the supply of medications to TRICARE beneficiaries during that period, which would likely run well past July 1, 2028.  Moreover, using a new mail-order pharmacy would prevent EFS and ESI from taking advantage of the efficiencies of the integrated pharmacy model, and thus raise costs for EFS and ESI and, in turn, the government.  For example, EFS and ESI would incur costs from monitoring the unaffiliated pharmacy to ensure compliance with the TPharm5 contract, and from accounting for the increased risk that an unaffiliated pharmacy would default on its contract with EFS.

20.     All this assumes, moreover, that EFS could find another national, specialized mail-order pharmacy with the scale and experience needed to serve TRICARE beneficiaries nationwide. To my knowledge, all such pharmacies are affiliated with the other major PBMs that compete directly with Evernorth Health Services, EFS, and ESI.  Replacing Accredo would be particularly difficult; to my knowledge, Accredo is currently the *only* specialty pharmacy that meets

6

TPharm5's requirements for a mail-order pharmacy. Further, Accredo provides specific, specialty services and high-touch care that cannot be easily replicated; and even if they could, such a change would cause significant friction in the patient experience.

21. Designating a specific mail-order pharmacy just for Tennessee is not an option. That would impair DoD's and EFS's ability to carry out their statutory and contractual obligations to maintain a *uniform* national pharmacy program. In particular, using different mail-order pharmacies in different states would deprive the federal government of a centralized operation with an integrated national pharmacy system that can quickly shift stock internally to the places it is needed. And the duplication of functions by a subcontractor that is not fully integrated with EFS's and ESI's mail-order pharmacies would raise costs for the federal government, introduce inefficiencies in the management of TRICARE's stock of medications, and lead to lower-quality services for Tennesseans.

7

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of June , 2026 in O'Fallon , mo .

_Thomas Jenkins_
Thomas D. Jenkins