**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

EXPRESS SCRIPTS, INC., *et al.*,

       Plaintiffs,

     v.

MARLIN BLANE, *et al.*,

       Defendants.

Civil Action No. 3:26-cv-806

**DECLARATION OF SUSAN PEPPERS IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Susan Peppers, RPh, declare pursuant to 28 U.S.C. §1746 as follows:

1.     I am over the age of 18 and competent to provide this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.     I have personal knowledge of the facts in this declaration and authorize its use in connection with the above-captioned lawsuit.

3.     I am currently the Vice President of Pharmacy Practice for Evernorth Health Services, where I have responsibility for Pharmacy Practice and lead the Accredo Health Group Inc. ("Accredo") Advanced Therapy Pharmacy and Field Nursing teams.

4.     As Vice President of Pharmacy Practice, I am familiar with the Tennessee operations of Express Scripts, Inc. ("ESI") and its affiliated pharmacies, including Accredo; Express Scripts Pharmacy, Inc. and ESI Mail Pharmacy Service, Inc. (together, "Express Scripts Pharmacy"); Express Scripts Specialty Distribution Services, Inc. ("ESSDS"); Lynnfield Drug, Inc. d/b/a Freedom Fertility Pharmacy and Lynnfield Compounding Center, Inc. d/b/a Freedom FP Fertility Pharmacy (together, "Freedom Fertility"); Village Fertility Pharmacy, LLC, Healy

1

Pharmacy, LLC d/b/a Village Fertility Pharmacy, and Integrity Rx Specialty Pharmacy LLC (together, "VFP"); and MAH Pharmacy, LLC d/b/a Evernorth EnGuide Pharmacy ("EnGuide").

**A.      ESI And Its Affiliated Pharmacies**

5.      ESI is a pharmacy benefits manager ("PBM") that helps manage the prescription-drug benefits offered by health plan sponsors such as insurers, employers, unions, and government agencies.  ESI is a subsidiary of Evernorth Health, Inc., which is a subsidiary of The Cigna Group, a holding company that also holds subsidiaries that issue health insurance.

6.      PBMs such as ESI frequently negotiate with brand-name drug manufacturers to offer lower drug prices—securing rebates, discounts, and other savings that allow plan sponsors to reduce premiums and out-of-pocket costs for patients.  PBMs also provide administrative services to plan sponsors.  For instance, ESI adjudicates over a billion prescription claims each year from its network pharmacies.  Each prescription undergoes more than 18,000 safety, quality, and benefit checks within seconds of its submission at the pharmacy counter.

7.      Some PBMs own or share common ownership with pharmacies as well.  This includes the nation's three largest PBMs: ESI, CVS Caremark, and Optum Rx.  These PBM-affiliated pharmacies offer further efficiencies that make access to prescription drugs more convenient and affordable.  For example, they can offer simplified payment procedures.  They can also track and aggregate critical information about drug safety and efficacy, enabling them to monitor and mitigate side effects and negative interactions.  PBM-affiliated pharmacies serve millions of patients in Tennessee and tens of millions nationwide.

8.      ESI is affiliated through common ownership with several home-delivery pharmacies, including Express Scripts Pharmacy, Accredo, ESSDS, Freedom Fertility, VFP, and EnGuide.  These pharmacies compete with other PBM-affiliated pharmacies—including those

2

owned by CVS and Optum—as well as independent pharmacies to serve customers with diverse medical needs and in a variety of pharmacy practice settings, in Tennessee and nationwide.

9.      Accredo is a nationally accredited specialty pharmacy, with a significant portion of its nationwide operations in Memphis, that serves roughly 1.3 million Americans annually, dispensing nearly 8 million prescriptions for complex and chronic conditions, including cancer, hepatitis C, rheumatoid arthritis, multiple sclerosis, and many other difficult-to-treat and/or rare diseases.  Accredo is one of only a few pharmacies with a Center of Excellence Rare Disease accreditation from the Utilization Review Accreditation Commission ("URAC").  It provides patients with a high-touch model of care to meet their complex health needs, improve treatment outcomes, reduce unnecessary hospital visits, and maintain affordability.  For example, Accredo provides personalized clinical counseling, medication administration, patient monitoring, and therapeutic-care services involving thousands of specially trained pharmacists, nurses, dieticians, and social workers.  It also provides patients with access to, and education regarding, infusion pumps and other devices needed to administer medications.

10.      Accredo helps ensure that patients can obtain their medications at affordable prices. It offers billing specialists to help patients navigate out-of-pocket costs and connect patients with copay assistance where available.  In 2025, Accredo connected more than 13,000 eligible Tennessee patients to copay assistance, saving them more than $49 million.

11.      Express Scripts Pharmacy is a nationally accredited home-delivery pharmacy that allows doctors to submit (and patients to refill and renew) prescriptions electronically and by phone, fax, or mail.  It offers free standard shipping and uses confidential, weather-resistant packaging, including special packaging for medications that require temperature control and packaging that shows clearly whether it has been tampered with.  These capabilities have allowed

3

Express Scripts Pharmacy to respond to natural disasters through emergency prescription programs, as it did following Hurricane Maria in 2017 and continues to do through a partnership with humanitarian nonprofit Direct Relief. Express Scripts Pharmacy also serves patients through live conversations with pharmacists and patient care advocates, who are available 24 hours a day, seven days a week.

12. ESSDS is a nationally accredited specialty pharmacy that serves patients who suffer from complex sleep disorders. Its dedicated staff includes specially trained pharmacists, nurses, and patient-service coordinators.

13. Freedom Fertility is a nationally accredited fertility pharmacy and the nation's leading fertility pharmacy. With more than 30 years of experience supporting women's health and dispensing fertility medications, Freedom Fertility provides comprehensive expertise and resources to families pursuing in vitro fertilization and/or other fertility treatments.

14. VFP was created through the merger of four nationally accredited pharmacies dedicated to supporting patients on the path to parenthood by providing accessible, affordable, and personalized fertility care. These pharmacies have more than 30 years of experience in the fertility industry.

15. EnGuide is a specialized home-delivery pharmacy focused on providing patients with GLP-1 medications.

**B. ESI-Affiliated Pharmacies' Operations In Tennessee**

16. Pharmacies affiliated with ESI deliver hundreds of thousands of prescriptions each year to tens of thousands of patients throughout Tennessee. These prescriptions are dispensed with a near-perfect accuracy rate. In 2025, Express Scripts Pharmacy's accuracy rate for Tennessee patients was 99.999328%, and Accredo's rate was 99.997031%. Accredo's Memphis pharmacy

4

achieved dispensing accuracy of 99.999899% for its front-end processing and 99.999264% for its fulfillment processing in 2025.

17. Each of these pharmacies is nationally accredited. Accredo holds Specialty Pharmacy accreditation and, as noted, a Center of Excellence Rare Disease accreditation from URAC, as well as accreditation from the National Association of Boards of Pharmacy ("NABP") and the Joint Commission (including for home care and specialty nursing, compounding, and home infusion therapy). Express Scripts Pharmacy holds URAC Mail Service accreditation and NABP Healthcare Merchant accreditation. Freedom Fertility and VFP hold URAC accreditations (including Specialty Pharmacy and Mail Service accreditations) and NABP accreditations.

18. Express Scripts Pharmacy has been licensed to operate in Tennessee since 1991, and Accredo since 1996. The same is true for ESSDS and Freedom Fertility (under the names Lynnfield Drug, Inc. and Lynnfield Compounding Center, Inc.) since 2000, EnGuide (under the name MAH Pharmacy, LLC) since 2011, and VFP (under the name Healy Pharmacy, LLC) since 2018.

19. In 2025, Express Scripts Pharmacy delivered more than 2 million prescriptions to over 147,000 patients throughout Tennessee. In the same year, Accredo dispensed more than 168,000 prescriptions to over 32,000 Tennesseans; ESSDS dispensed more than 6,500 prescriptions to nearly 800 Tennesseans; Freedom Fertility delivered more than 9,000 prescriptions to more than 800 patients across Tennessee; VFP dispensed more than 12,000 prescriptions to more than 3,200 Tennessee patients; and EnGuide dispensed more than 16,000 prescriptions to over 8,000 patients in Tennessee. In all, more than 180,000 Tennesseans rely on ESI-affiliated pharmacies today.

20. The mail-order services provided by ESI's affiliated pharmacies are especially critical in Tennessee, where more than a third of the population lives in rural areas and thus may lack ready access to a brick-and-mortar pharmacy.

21. The services ESI-affiliated pharmacies provide include substantial support for beneficiaries of federal healthcare programs in Tennessee. For more than 20 years, Express Scripts Pharmacy has served as the principal mail-order pharmacy provider for the U.S. Department of Defense's TRICARE program, and it also serves many Medicare Part D beneficiaries. For example, in 2025, Express Scripts Pharmacy dispensed 734,267 prescriptions to 44,965 TRICARE beneficiaries in Tennessee, and 591,305 prescriptions to 36,848 Medicare Part D beneficiaries in the state. Meanwhile, Accredo provided nearly 19,000 prescriptions to more than 3,600 TRICARE beneficiaries in Tennessee in 2025, and more than 12,000 prescriptions to nearly 2,000 Medicare Part D beneficiaries in Tennessee. Freedom Fertility dispensed 105 prescriptions to 19 TRICARE beneficiaries in Tennessee in 2025. And EnGuide served over 1,800 Medicare Part D beneficiaries.

22. ESI-affiliated pharmacies maintain clinical staff to support patients across Tennessee. For instance, in 2025, more than a dozen of Accredo's specially trained nurses provided over 10,000 hours of direct patient care to approximately 460 Tennesseans in their homes, including for more than 200 TRICARE beneficiaries, across nearly 7,000 home visits. Accredo aims to assign patients the same nurse for each visit, resulting in strong bonds between patients and caregivers, which can lead to better medication adherence and improved health outcomes.

23. Accredo maintains a substantial physical presence in Tennessee, including a pharmacy in Memphis. That pharmacy holds pharmacy license credentials across 53 states and

6

territories, and in 2025, it dispensed more than 2.3 million prescriptions to nearly half a million patients nationwide, including more than 128,000 prescriptions to nearly 26,000 patients in Tennessee. The Memphis pharmacy also plays an important role in serving federal-program beneficiaries: in 2025, it shipped more than 186,000 prescriptions to more than 41,000 TRICARE beneficiaries nationwide. Because there is a FedEx hub in Memphis, timely overnight delivery of specialty medications is more readily available than in many other locations.

24. Accredo and other affiliated pharmacies employ more than 1,200 people in Tennessee pharmacy operations, including 187 pharmacists, 219 pharmacy technicians, and 84 nurses. Accredo's Memphis facilities span more than 116,000 square feet and hold approximately $900 million in inventory on any given day. The Memphis pharmacy is also home to a Rare Disease Therapeutic Resource Center ("TRC"), which supports 39 rare therapies and, in 2025, dispensed more than 150,000 prescriptions to more than 13,000 patients nationwide. Medicaid patients accounted for nearly one-quarter of the patients that TRC served, and Medicare patients just over one-quarter. Accredo's Tennessee operations also have a TRC for blood disorders and have been caring for patients with hemophilia for three decades. Accredo currently serves almost 200 hemophilia patients in Tennessee, nearly half of whom are children. Accredo supports these patients and their families by providing both pharmacy and field-nursing services, sometimes across generations.

25. The affiliated pharmacies are also deeply rooted in the Tennessee community. They maintain relationships with colleges of pharmacy in Tennessee and neighboring states and host pharmacy interns and externs, providing valuable educational opportunities to future pharmacists in Tennessee. Over the last four years, they have hosted 29 pharmacy students,

7

including 15 from the University of Tennessee and 10 from Union University in Jackson, Tennessee.

### C. ESI-Affiliated Pharmacies' Role In Exclusive And Limited Distribution Networks

26. Drug manufacturers often choose to make their specialty medications available through a limited number of pharmacies that the manufacturer knows can administer complex storage, distribution, clinical, and FDA-required management protocols. A manufacturer may make a drug available through only a single specialty pharmacy (exclusive distribution) or a small number of specialty pharmacies (limited distribution). Exclusive and limited distribution networks help ensure that these specialty medications are dispensed through pharmacies that have the capacity and expertise to meet stringent storing and handling requirements and to provide specialized patient support, including side-effects monitoring and education on complex treatments like gene and cell therapies.

27. The process for selecting a limited or exclusive distribution pharmacy for a new medication typically begins 18 to 24 months before the manufacturer launches the medication. In some cases, pharmacies begin working with drug manufacturers to explore the possibility of serving as a limited or exclusive distribution pharmacy early in the drug's development process, such as when phase II clinical trials to judge the effectiveness of the drug are still in progress. As part of the selection process, pharmacies must demonstrate that they have the capacity and expertise to safely and reliably dispense the drug in question.

28. Pharmacies affiliated with ESI serve as the exclusive pharmacies for over 20 medications treating a range of conditions, including certain types of cancer and spinal-muscular atrophy, and as pharmacies in a limited-distribution network for many more specialty drugs.

8

29.     For example, Accredo is one of just two pharmacies that have access to all available therapies for pulmonary arterial hypertension ("PAH"), including Remodulin and Veletri.  PAH patients must receive their medications through continuous, 24/7 infusions in order to survive. Because any disruption to patients' access to these medications, for even limited periods of time, is thus life-threatening, Accredo maintains a supply chain that enables medication delivery to PAH patients, and provides specialty in-home nursing services and 24/7 nurse availability to assist patients with administering infusions.  In the absence of these clinical services, patients who encountered difficulty with their medications or equipment would likely need to go to the emergency room.

**D.      The Harm The Act Inflicts On ESI-Affiliated Pharmacies And Their Patients**

30.     If not enjoined, the Freedom, Access, and Integrity in Registered Pharmacy Act will prohibit ESI-affiliated pharmacies—including Accredo's Memphis pharmacy—from operating in Tennessee beginning July 1, 2028, solely because of their affiliation with a PBM and a health insurance issuer.  A covered pharmacy may continue to operate past that date only if it demonstrates to the Tennessee Board of Pharmacy that it is actively pursuing a bona fide sale to an unaffiliated entity, with the possibility of a single six-month extension.  Pharmacies found to be in violation of the Act are subject to a civil penalty of up to ten thousand dollars per violation, per day.

31.     The Act has caused, and I expect will continue to cause, serious confusion among patients about whether they can continue to fill their prescriptions through Express Scripts Pharmacy, Accredo, ESSDS, Freedom Fertility, VFP, or EnGuide.

32.     Given the highly personalized and specialized services that ESI-affiliated pharmacies offer to many of their patients, transitioning Tennessee patients to new pharmacies

9

would be costly, complex, and potentially harmful. Patients who rely on pharmacists working for ESI-affiliated pharmacies for education and monitoring, who have formed strong bonds with their field nurses, or who have built long-standing relationships with specialist pharmacists would need to be connected with new pharmacies capable of meeting their particularized needs. Transition plans for patients who rely on limited or exclusive distribution drugs would be especially challenging, and such patients may see their access to critical treatments interrupted as drug manufacturers scramble to find alternative distribution channels.

33. Even if the Act is enjoined months or years from now, some patients will have sought out new pharmacies by then, to ensure continuous access to their medications. These patients may never come back. And this phenomenon will not be limited to Tennessee. Rather, patients in other states will likewise wonder whether they can rely on pharmacies that have been targeted by Tennessee, and some of them will respond by finding other pharmacies to provide their medications.

34. The Act is also disrupting ESI's business relationships with health plan sponsors that contract with ESI to manage their prescription-drug benefits nationwide and utilize ESI's affiliated pharmacies to serve their beneficiaries as part of the plan's network. In my view, it is virtually certain that any plan sponsor with Tennessee beneficiaries will reconsider whether to include ESI-affiliated pharmacies in its network. That is true even of sponsors based outside Tennessee, or with only a small share of beneficiaries there, because many rely on a single national network and thus have little interest in maintaining one set of pharmacy arrangements for Tennessee and another for everywhere else. And plan sponsors will likely want to switch patients to other pharmacies well before ESI-affiliated pharmacies (and other PBM-affiliated pharmacies) can no longer operate in Tennessee, in order to avoid disruption of care for patients.

10

35. The Act disrupts ESI-affiliated pharmacies' business relationships with drug manufacturers as well. ESI-affiliated pharmacies contract with drug manufacturers to dispense drugs nationwide, including those with exclusive and limited distribution. By forcing these pharmacies to cease operations in Tennessee, the Act interferes with the pharmacies' ability to meet their obligations under those existing contracts. The statute also threatens the pharmacies' ability to secure future exclusive or limited distribution arrangements. Given that the process for drug manufacturers to select exclusive and limited distribution pharmacies typically begins up to two years before a medication is launched, manufacturers will soon have to decide whether to continue considering ESI-affiliated pharmacies for these opportunities or instead turn to one or more of those pharmacies' competitors. And because manufacturers establish these distribution arrangements on a nationwide basis and would, in my view, be unwilling to carve out a separate channel for Tennessee, a pharmacy excluded from Tennessee risks losing its place in the manufacturer's nationwide distribution channel, not just in Tennessee. Indeed, ESI-affiliated pharmacies have already heard from multiple drug manufacturers expressing concern about the impact of the law.

36. Closing Accredo's Memphis pharmacy, as the Act would require, would be a costly and protracted undertaking. Based on my experience with decommissioning and launching pharmacy operations, including opening a large Accredo pharmacy in Newark, Delaware, in 2025, I estimate that completing all of the necessary steps to close Accredo's Memphis pharmacy, stand up a new pharmacy hub in another state to replace the lost capacity, and obtain the necessary licenses to serve patients in all 50 states and U.S. territories—as well as various accreditations— will cost more than $100 million and take close to three years, if not longer. Accredo also cannot

11

simply absorb Memphis's volume through its other pharmacy locations, which lack the necessary capacity and manpower.

37. First, Accredo will need to locate a suitable site for the replacement pharmacy, negotiate lease terms, and sign a lease agreement. Accredo will need to sign a 5-year lease, at minimum, and this type of lease agreement typically does not allow for subleasing. This process will take 2 to 4 months.

38. Once appropriate real estate has been secured, I estimate that building out the new facility, including the necessary technology infrastructure, will take approximately 18 months.

39. After the build is complete, the new Accredo facility will need an occupancy permit inspection. Once an occupancy permit is issued, I estimate that getting the new pharmacy fully licensed and credentialed so that it can ship to all 50 states and U.S. territories will take 12-18 months. This includes 2 to 4 weeks to obtain a resident pharmacy license, which allows the pharmacy to dispense within the resident state; 2 to 3 months to obtain additional credentials (such as National Provider Identifier, National Council for Prescription Drug Programs ID, Global Location Number, and Drug Enforcement Administration number); upwards of 12 months to obtain nonresident pharmacy licenses, allowing the pharmacy to ship prescriptions to other states; at least 3 months to secure Medicare application approval; and at least 6 to 12 months to add the new location to existing accreditations.

40. I estimate that decommissioning the Memphis pharmacy will take approximately 16 weeks after the close of operations, a process that involves reverting the site to its original condition, removing and redistributing infrastructure and automation equipment, and relinquishing resident and nonresident pharmacy licensure and payor credentials. The pharmacist-in-charge would also need to remain onsite and employed until all licenses have been relinquished.

12

41. Based on the company's experience with building new pharmacies, including the Accredo facility in Newark, Delaware that opened in November 2025, building out a new pharmacy facility to replace the capacity of Accredo's Memphis location will cost between $105 million and $108 million. The labor impact—including severance, new hire, and training costs for site-dependent fulfillment employees—will be an additional $5 million. Replacing the clinicians employed by ESI-affiliated pharmacies in Tennessee would require significant additional costs.

42. Relocating Accredo's Tennessee operations out of state will also involve other costs. For example, physically transferring roughly $900 million of inventory will be costly and difficult. Additionally, Accredo will need to transfer each patient's prescriptions and clinical records and coordinate new care arrangements with prescribers and payors. Accredo will also need to renegotiate or restructure payor and manufacturer contracts, retain counsel and consultants, and devote staff time to contingency planning, legal analysis, and communications with affected patients and partners. Accredo may also incur increased shipping costs from moving operations to a less efficient location, and may be unable to deliver prescriptions as quickly as it can through the FedEx hub in Memphis.

43. Finally, by forcing ESI-affiliated pharmacies to stop operating in Tennessee, the Act would jeopardize those pharmacies' good standing and credentials in other states, further damaging their business relationships and patient goodwill nationwide.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of June , 2026 in Union , Kentucky

Susan Peppers, RPh

14