**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

---

EXPRESS SCRIPTS, INC., *et al.*,

        Plaintiffs,

    v.

MARLIN BLANE, *et al.*,

        Defendants.

Civil Action No. 3:26-cv-806

---

**DECLARATION OF HOLLY THOMPSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Holly Thompson, declare pursuant to 28 U.S.C. §1746 as follows:

1. I am over the age of 18 and competent to provide this declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I have personal knowledge of the facts in this declaration and authorize its use in connection with the above-captioned lawsuit.

3. I live in Cordova, Tennessee, a suburb of Memphis. I have lived in and around Memphis all my life. I am married and have two adult children, one adult step-child, three grandchildren, and two step-grandchildren, all of whom live in the Memphis metropolitan area. My mother lives just around the corner from me. I loved raising my family in Memphis, am a proud Memphian, and have never thought about living anywhere else.

4. I am currently Senior Manager, Learning and Development at Evernorth Health Services, of which Accredo Health Group is a subsidiary.

5. Around ten years ago, I began developing symptoms of rheumatoid arthritis, an autoimmune disease, although it took many years for a doctor to diagnose my condition correctly. During a flare-up in 2024, I developed sepsis following a joint infection.

6. My doctor and I determined that I need a specialty pharmacy to dispense medications to treat my rheumatoid arthritis. I chose Accredo because it accepts my insurance and its Memphis location is just down the street from my home.

7. Over the years, I have had to try a number of different medications to treat my rheumatoid arthritis. In some cases, I have had bad reactions to a medication. For example, one medication I have tried was Rinvoq, which is known to significantly affect the immune system. Soon after taking it, I developed a staphylococcal infection that progressed to sepsis, requiring hospitalization. I spoke with a nurse at Accredo who explained to me exactly what I needed to do to prevent or minimize that reaction going forward.

8. Accredo has a team of specialists in autoimmune disorders who are available 24/7 to assist with issues like this one, and it is comforting to know that I can rely on them when I need them.

9. After trying several other medications, I now take Enbrel. For convenience, I have Accredo ship Enbrel directly to my house. I also receive some of my other maintenance medications through Express Scripts Pharmacy's home-delivery service.

10. Enbrel can cause a rash at the injection site. At the direction of my Accredo clinical team, I take diphenhydramine prior to and after injections, which eases the intensity and duration of this known potential side effect.

11. Accredo ships Enbrel to my home in special packaging, including a Styrofoam container that is sealed and wrapped in plastic, along with cold packs, alcohol wipes, and information about administering the drug. Because Accredo ships the medication to my house

2

with everything I need to administer it, I do not have to go anywhere else or pay out of pocket for any additional medical supplies.

12. Accredo helped me to lower my out-of-pocket cost for taking Enbrel, by directing me to enroll in the manufacturer's copay program and then helping me enroll in an additional copay-assistance program. Currently, I pay $0 for my medication as a result. Without my insurance and copayment assistance, a month's supply of Enbrel would cost approximately $2,500. That is not an amount I could pay out of pocket.

13. If I cannot use Accredo, I do not know what I will do for my rheumatoid arthritis treatment. I am aware of only a few other specialty pharmacies that carry Enbrel, and I know that they are all also affiliated with a pharmacy benefit manager and insurer.

14. There is a second way that the new law—Senate Bill 2040—could affect me personally: It may cost me my job.

15. I first started working with Evernorth pharmacies as a contractor in specialty marketing for Accredo in January 2013. In April 2013, I was hired full-time as a Senior Manager in Specialty Marketing – Physician Sales at Accredo, a position I held until 2016. In that role, I helped develop videos of patients sharing their journeys from diagnosis to treatment. My team and I also met with physicians to talk to them about what Accredo does.

16. In my current role as a Senior Manager in Learning and Development at Evernorth, I oversee two distinct teams: a facilitation development team and a learning management system team. The facilitation development team is responsible for training patient advocates who provide support to patients by phone. This training emphasizes delivering care with compassion and empathy while assisting patients in navigating the challenges associated with serious, and at times, life-threatening medical conditions. Additionally, the team ensures that patient advocates are equipped to support the accurate and timely delivery of prescribed medications. The learning

3

management system team develops programs to train pharmacists in various therapeutic resource centers, each of which has a different specialty (e.g., immunology, multiple sclerosis, pulmonary arterial hypertension).

17.     I understand that under the new law, Evernorth's pharmacies—including Accredo's Memphis pharmacy—will be unable to operate in Tennessee beginning July 1, 2028.  I do not know for certain what would happen to my job then, but I am 62, I love my job helping patients, and I want to continue working for Accredo in Memphis for as long as I can.  I fear not only for my job, but also for the jobs of my coworkers and the licensed pharmacists I work with who assist Accredo's patients.  The thought of even one or two patients not being able to get the life-saving medications they need is devastating for me.  I want all our patients to live to see another birthday.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2026 in Concord, Tennessee

_____
Holly Thompson