# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: TENNESSEE SENATE BILL 2040 | |
| CVS PHARMACY, INC., ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br><br> TENNESSEE BOARD OF PHARMACY, ET AL., <br><br> *Defendants.* | Master Case No.: <br> 3:26-cv-00685 <br><br> Consolidated with Case Nos.: <br> 3:26-cv-0806 <br> 3:26-cv-0816 <br> 3:26-cv-0818 <br><br> JUDGE RICHARDSON <br><br> MAGISTRATE JUDGE FRENSLEY |
| EXPRESS SCRIPTS, INC., ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br><br> MARLIN BLANE, ET AL., <br><br> *Defendants.* | |
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION, <br><br> *Plaintiff,* <br><br> v. <br><br><br> MARLIN BLANE, ET AL., <br><br> *Defendants.* | |
| UNITEDHEALTH GROUP, INC., ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> MARLIN BLANE, ET AL., <br><br> *Defendants.* | |

# JOINT NOTICE OF CASE CAPTION

The Court's Order of Consolidation (Doc. No. 68) directed counsel for all parties to confer and seek agreement as to how the case caption should read in this consolidated action and to file a joint notice.

The parties have conferred and agreed that the caption of this consolidated action should be styled as *In re: Tennessee Senate Bill 2040*. This consolidated action involves multiple challenges to Tennessee Senate Bill 2040 (enacted as the Freedom, Access, and Integrity in Registered Pharmacy (FAIR Rx) Act, Public Chapter No. 1111 (2026)). This agreed caption is submitted to promote clarity for the public, the parties, and the Court, as well as efficiency in case management, consistent with the Court's expectations set forth in the Order of Consolidation.

August 7, 2026

Respectfully submitted,

*/s/ Steven A. Engel*
G. Brian Jackson, BPR #015497
Blake M. Morain, BPR #043337
BUTLER SNOW LLP
1320 Adams Street, Suite 1400
Nashville, TN 37208
Phone: (615) 651-6700
Fax: (615) 651-6701
Brian.Jackson@butlersnow.com
Blake.Morain@butlersnow.com

Steven A. Engel (*pro hac vice*)
Rani Habash (*pro hac vice*)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Steven.Engel@dechert.com
Rani.Habash@dechert.com

Michael H. McGinley (*pro hac vice*)
Wilfred T. Beaye, Jr. (*pro hac vice*)
David M. Costigan (*pro hac vice*)
Cory J. Kopicki (*pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2222
Michael.McGinley@dechert.com
Wilfred.Beaye@dechert.com
David.Costigan@dechert.com
Cory.Kopicki@dechert.com

*Counsel for CVS Plaintiffs*

*/s/ Edward H. Trent*
Gene C. Schaerr (*pro hac vice*)
Edward H. Trent (BPR# 30045)
Joshua J. Prince (*pro hac vice*)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
gschaerr@schaerr-jaffe.com
etrent@schaerr-jaffe.com
jprince@schaerr-jaffe.com

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Lauren W. Travis*
Lauren W. Travis (BPR# 032473)
Assistant Attorney General
OFFICE OF THE TENNESSEE ATTORNEY
GENERAL
Financial Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Lauren.Travis@ag.tn.gov
Telephone: (615) 741-8950

*Counsel for Defendants*

/s/ Kevin M. Lamb
Jennifer Milici (*pro hac vice*)
Daniel S. Volchok (*pro hac vice*)
Kevin M. Lamb (*pro hac vice*)
Jane E. Kessner (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000 (tel.)
(202) 663-6363 (fax)
jennifer.milici@wilmerhale.com
daniel.volchok@wilmerhale.com
kevin.lamb@wilmerhale.com
jane.kessner@wilmerhale.com

William L. Harbison
L. Webb Campbell II
William J. Harbison II
SHERRARD ROE VOIGT &
HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4200 (tel.)
(615) 742-4539 (fax)
bharbison@srvhlaw.com
wcampbell@srvhlaw.com
jharbison@srvhlaw.com

*Counsel for Express Scripts*
*Plaintiffs*

/s/ Matthew S. Rozen
Samuel P. Funk (No. 19777)
Evan S. Rothey (No. 37708)
SIMS|FUNK, PLC
3102 West End Avenue, Suite 1100
Nashville, TN 37203
(615) 292-9335
sfunk@simsfunk.com
erothey@simsfunk.com

Jeffrey B. Wall (*pro hac vice*)
Geoffrey M. Sigler (*pro hac vice*)
Judson O. Littleton (*pro hac vice*)
Matthew S. Rozen (*pro hac vice*)
M. Christian Talley (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jwall@gibsondunn.com
gsigler@gibsondunn.com
jlittleton@gibsondunn.com
mrozen@gibsondunn.com
ctalley@gibsondunn.com

*Counsel for United HealthGroup*
*Plaintiffs*

*/s/ Michael B. Kimberly*
Michael B. Kimberly (*pro hac vice*)
Linda M. Blair (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Michael.Kimberly@winstontaylor.com
Linda.Blair@winstontaylor.com

Nathan R. Lee (*pro hac vice*)
WINSTON TAYLOR LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Nathan.Lee@winstontaylor.com

Todd Presnell
Timothy A. Rodriguez
BRADLEY ARANT BOULT
CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 252-2355
tpresnell@bradley.com
trodriguez@bradley.com

*Counsel for Plaintiff Pharmaceutical
Care Management Association*