**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CVS PHARMACY, INC., ET AL.** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-685** |
| | ) | **Judge Richardson / Frensley** |
| **TENNESSEE BOARD OF PHARMACY,** | ) | |
| **ET AL.** | ) | |
| **Defendants.** | ) | |

**ORDER**

Due to a conflict in the Court's calendar the Initial Case Management Conference in this matter, which is currently scheduled for August 26, 2026, at 9:00 a.m., is reset for **September 17, 2026, at 9:00 a.m.**

The day of the conference the Parties shall call 1-855-244-8681, at the appointed time, and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**