**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: TENNESSEE SENATE BILL 2040 | Master Case No. 3:26-cv-00685<br><br>Consolidated with Case Nos.<br>3:26-cv-00806<br>3:26-cv-00816<br>3:26-cv-00818<br><br>District Judge Richardson<br><br>Magistrate Judge Frensley |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, pursuant to the initial case management conference held on September 17, 2026, submit this joint status report to inform the Court of the status of open discovery matters. Currently, three discovery motions have been filed. Two are ripe for resolution, and the opposition to the third will be filed by October 1, 2026. If the Court believes that a motion may be more efficiently resolved by conference, whether in person or telephonically, the parties would welcome such a resolution.

***Motion to Quash filed by the Tennessee Pharmacists Association and its affiliates.*** The Tennessee Pharmacists Association and its affiliates (collectively the "TPA") filed a motion to quash without serving written objections or producing any documents to Plaintiffs, and that motion has been fully briefed. *See* Dkt. 73. Following the September 17 conference, Plaintiffs reached

out to Counsel for the TPA, but the parties remain at an impasse. The motion therefore is ripe for resolution by the Court.

***The PCMA Plaintiffs' Motion to Compel State Legislators.*** The PCMA Plaintiffs' motion to compel has been fully briefed, the parties remain at an impasse, and the motion is ripe for resolution by the Court. Dkt. 79.

***Motion to Quash filed by Mollie Hoskins Scarbrough and Elizabeth Ingram.*** The ESI Plaintiffs served subpoenas on two pharmacies affiliated with members of the State Legislature. They responded by filing a motion to quash, Dkt. 93, and the opposition will be filed by October 1, 2026.

***Other Outstanding Discovery Requests.*** The CVS Plaintiffs have served a subpoena on RxPreferred ("RxPreferred"), which made a small production, and served broader objections. The CVS Plaintiffs met and conferred with RxPreferred on September 22, 2026. The parties are continuing their efforts to resolve RxPreferred's objections. If those efforts are unsuccessful, the parties will request a telephonic conference with the Court.

Counsel for the parties met and conferred on September 23, 2026. The principal source of disagreement concerns Defendants' withholding of text messages based upon claims of legislative and deliberative process privilege. The parties continue their efforts to resolve this dispute and will advise the Court should judicial resolution prove necessary.

Plaintiffs in No. 3:26-cv-00818 (the "United Plaintiffs") have served subpoenas on: (1) the National Association of Chain Drug Stores ("NACDS"); NACDS's President and Chief Executive Officer, Steven C. Anderson; and NACDS's Vice President, Public Policy, Regulatory & Legal Affairs, Kevin Nicholson (the "NACDS Recipients"); and (2) American Pharmacy

Cooperative, Inc. ("APCI"); APCI's Chief Executive Officer, Tim Hamrick; and APCI's Director of Legislative Affairs, William S. Eley II (together, the "APCI Recipients").

Counsel for the United Plaintiffs and the NACDS Recipients met and conferred on September 18, 2026, and agreed to a deadline of October 6, 2026, for the NACDS Recipients to serve general objections and October 12, 2026, for the NACDS Recipients to make a document production provided that they intend to make a production in good faith. The parties have further agreed that if any motion practice is needed, they will coordinate in good faith on an expedited briefing schedule that will accommodate the discovery deadline.

Counsel for the United Plaintiffs and the APCI Recipients met and conferred on September 24, 2026. The parties agreed on a deadline of October 9, 2026, for APCI to respond to the United Plaintiffs' subpoena. The parties have further agreed that if any motion practice is needed, they will coordinate in good faith on an expedited briefing schedule that will accommodate the discovery deadline. In the meantime, the United Plaintiffs have agreed to suspend Mr. Hamrick's and Mr. Eley's obligations to respond to the United Plaintiffs' subpoena based on Mr. Hamrick's and Mr. Eley's representation that they do not possess responsive emails that are not in the possession, custody, or control of APCI.

Dated: September 28, 2026

*/s/ Steven A. Engel*
G. Brian Jackson (BPR #015497)
Blake M. Morain (BPR #043337)
BUTLER SNOW LLP
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone: (615) 651-6700
Brian.Jackson@butlersnow.com
Blake.Morain@butlersnow.com

Steven A. Engel (*pro hac vice*)
Rani Habash (*pro hac vice*)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Steven.Engel@dechert.com
Rani.Habash@dechert.com

Michael H. McGinley (*pro hac vice*)
Wilfred T. Beaye, Jr. (*pro hac vice*)
David M. Costigan (*pro hac vice*)
Cory J. Kopicki (*pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2222
Michael.McGinley@dechert.com
Wilfred.Beaye@dechert.com
David.Costigan@dechert.com
Cory.Kopicki@dechert.com

*Counsel for CVS Plaintiffs*

*/s/Kevin M. Lamb*
Jennifer Milici (*pro hac vice*)
Daniel S. Volchok (*pro hac vice*)
Kevin M. Lamb (*pro hac vice*)
Jane E. Kessner (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com
daniel.volchok@wilmerhale.com
kevin.lamb@wilmerhale.com
jane.kessner@wilmerhale.com

William L. Harbison (BPR #007012)
L. Webb Campbell II (BPR #011238)
William J. Harbison II (BPR #033330)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Telephone: (615) 742-4200
bharbison@srvhlaw.com
wcampbell@srvhlaw.com
jharbison@srvhlaw.com

*Counsel for Express Scripts Plaintiffs*

*/s/ Michael B. Kimberly*
Michael B. Kimberly (*pro hac vice*)
Linda M. Blair (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Michael.Kimberly@winstontaylor.com
Linda.Blair@winstontaylor.com

*/s/Jeffrey B. Wall*
Jeffrey B. Wall (*pro hac vice*)
Geoffrey M. Sigler (*pro hac vice*)
Judson O. Littleton (*pro hac vice*)
Matthew S. Rozen (*pro hac vice*)
M. Christian Talley (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

Nathan R. Lee (*pro hac vice*)
WINSTON TAYLOR LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone:(214)453-6500
Nathan.Lee@winstontaylor.com

Todd Presnell (BPR #017521)
Timothy A. Rodriguez (BPR #040779)
BRADLEY ARANT BOULT
CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 252-2355
tpresnell@bradley.com
trodriguez@bradley.com

*Counsel for Plaintiff*
*Pharmaceutical*
*Care Management Association*

*<u>/s/ Edward H. Trent</u>*

Edward H. Trent (BPR# 30045)
Gene C. Schaerr (*pro hac vice*)
Joshua J. Prince (*pro hac vice*)
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
etrent@schaerr-jaffe.com

*Counsel for Defendants*

Telephone:(202)955-8500
jwall@gibsondunn.com
gsigler@gibsondunn.com
jlittleton@gibsondunn.com
mrozen@gibsondunn.com
ctalley@gibsondunn.com

Samuel P. Funk (BPR #19777)
Evan S. Rothey (BPR #37708)
SIMS | FUNK, PLC
3102 West End Avenue, Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com
erothey@simsfunk.com

*Counsel for UnitedHealth Group Plaintiffs*