# EXHIBIT 2

**From:** Anthony Pudlo <anthony@tnpharm.org>
**Sent:** Monday, February 16, 2026 5:14 PM CST
**To:** Zac Hanson <zac.hanson@rxpreferred.com>; Phillip Dodd <phillip.dodd@rxpreferred.com>
**CC:** Garrett Johnson <garrett@johnsoncapsolutions.com>
**Subject:** Follow-up from TPA
**Attachment(s):** "SB2040 - Suggested Edits.docx","SB 2040-HB 1959 PBM Ownership Bill.pdf"

CAUTION: EXTERNAL SENDER - This email is from a sender outside of RxPreferred Benefits. Exercise caution when opening attachments and clicking links.

This message was sent securely using Zix®

Zac and Phillip:
Thank you for your time today! I greatly appreciate the collaboration on this important legislative agenda item.

As I mentioned, we compiled feedback from various stakeholders and offered these up to Senator Harshbarger as a means to be more clear on the intent of the bill. We're hopeful that he is taking the feedback forward as a part of an amendment to his bill.

I've also attached the leave behind that Garrett and I are sharing with legislators on SB 2040.

We'll follow-up soon with the list of legislators that would be helpful for you to meet in the coming weeks.

Thanks again!
Anthony

**Anthony Pudlo, PharmD, MBA, MSHIA**
Chief Executive Officer
Tennessee Pharmacists Association
Anthony@TNPharm.org
615.256.3023

*My working day may not be your working day. I respect your boundaries around personal time, well-being, caretaking, and rest. If you receive correspondence from me outside your working hours, please do not feel obliged to reply until you are at work.*

This message was secured by Zix®.