UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: TENNESSEE SENATE BILL 2040 | Master Case No. 3:26-cv-00685<br><br>Consolidated with Case Nos.:<br>3:26-cv-00806<br>3:26-cv-00816<br>3:26-cv-00818<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Luke A. Evans |

**JOINT MOTION FOR A CASE MANAGEMENT CONFERENCE WITH MAGISTRATE JUDGE EVANS**

Pursuant to Federal Rule of Civil Procedure 16, the parties to this consolidated action, through undersigned counsel, jointly move for a case management conference at the Court's earliest convenience. A conference is warranted in light of this matter's recent reassignment, the current deadlines under the Initial Case Management Order, and the discovery motions now pending before the Court.

This consolidated action challenges SB 2040, a newly adopted Tennessee statute that prohibits any person or entity from owning or controlling a pharmacy, a health insurer, and a pharmacy benefits manager. Plaintiffs argue that the law violates federal constitutional and statutory constraints, including the dormant Commerce Clause, and that the law threatens to force Plaintiffs to reorganize their business operations and to divest retail and mail-order pharmacies servicing millions of consumers in the State. Defendants disagree and have filed a motion to dismiss all claims. That motion is fully briefed and remains pending. On July 28, 2026, Judge

Richardson consolidated the actions and granted the parties' request for an expedited schedule, given the parties' need to reach a final judgment at the district court, and likely at the Court of Appeals, well in advance of the July 2028 effective date of SB 2040. ECF No. 68.

Following Judge Richardson's order, Magistrate Judge Frensley issued an Initial Case Management Order, which provided that discovery would close on November 19, 2026 and that the parties would file dispositive motions by December 15, 2026. ECF No. 92. The order provided that the Magistrate Judge may modify those deadlines based upon the parties' requests. The parties promptly moved forward with discovery, including third-party subpoenas, but the progress of discovery has been delayed due to several discovery disputes, which are currently pending before the Magistrate Judge. Given Judge Frensley's recent recusal and the impending deadlines under the case management order, the parties agree that a modification of the existing case management schedule will be necessary to complete discovery in this matter and move toward dispositive motions.

At present, the Court has three pending discovery motions that are fully briefed and ripe for disposition, along with a fourth discovery motion that will be fully briefed by November 24, 2026. *See* ECF No. 73 (TPA's Motion to Quash); ECF No. 79 (PCMA's Motion to Compel); ECF No. 93 (Hoskins's Motion to Quash); *see also* ECF No. 99 (RxPreferred Benefits, LLC's Motion to Quash). A number of depositions in this matter are also currently on hold pending the resolution of these motions and the potential production of documents. Because the appropriate schedule for this case will depend in part upon the timing of the Court's resolution of these motions, the parties believe that it would be helpful to discuss these matters with Judge Evans.

For these reasons, the parties respectfully request that the Court convene a case management conference, by telephone or otherwise, at its earliest convenience to address appropriate modifications to the schedule set forth in the Initial Case Management Order, including the deadlines for the completion of discovery and the filing of dispositive motions.

Dated: November 20, 2026

Respectfully submitted,

/s/ Edward H. Trent
Edward H. Trent (BPR #30045)
Gene C. Schaerr (*pro hac vice*)
Joshua J. Prince (*pro hac vice*)
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
etrent@schaerr-jaffe.com

**JONATHAN SKRMETTI**
**Attorney General and Reporter**
Michael Wennerlund (BPR #31332)
Jing Geng (BPR #31802)
Theresa A. Androff (BPR #43692)
Tyler S. Sanders (BPR #36189)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8950
Michael.Wennerlund@ag.tn.gov
Jing.Geng@ag.tn.gov
Theresa.Androff@ag.tn.gov
Tyler.Sanders@ag.tn.gov

***Attorneys for Defendants***

/s/ G. Brian Jackson
G. Brian Jackson (BPR #015497)
Blake M. Morain (BPR #043337)
BUTLER SNOW LLP
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone: (615) 651-6700
Fax: (615) 651-6701
Brian.Jackson@butlersnow.com
Blake.Morain@butlersnow.com

Steven A. Engel (*pro hac vice*)
Rani Habash (*pro hac vice*)
**DECHERT LLP**
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Steven.Engel@dechert.com
Rani.Habash@dechert.com

Michael H. McGinley (*pro hac vice*)
Wilfred T. Beaye, Jr. (*pro hac vice*)
David M. Costigan (*pro hac vice*)
Cory J. Kopicki (*pro hac vice*)
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2222
Michael.McGinley@dechert.com
Wilfred.Beaye@dechert.com
David.Costigan@dechert.com
Cory.Kopicki@dechert.com

***Attorneys for CVS Plaintiffs***

*/s/ Kevin M. Lamb*
Jennifer Milici (*pro hac vice*)
Daniel S. Volchok (*pro hac vice*)
Kevin M. Lamb (*pro hac vice*)
Jane E. Kessner (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com
daniel.volchok@wilmerhale.com
kevin.lamb@wilmerhale.com
jane.kessner@wilmerhale.com

William L. Harbison (BPR #007012)
L. Webb Campbell II (BPR #011238)
William J. Harbison II (BPR #033330)
**SHERRARD ROE VOIGT & HARBISON, PLC**
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Telephone: (615) 742-4200
bharbison@srvhlaw.com
wcampbell@srvhlaw.com
jharbison@srvhlaw.com

***Attorneys for Express Scripts Plaintiffs***

*/s/ Jeffrey B. Wall*
Jeffrey B. Wall (*pro hac vice*)
Geoffrey M. Sigler (*pro hac vice*)
Judson O. Littleton (*pro hac vice*)
Matthew S. Rozen (*pro hac vice*)
M. Christian Talley (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street NW
Washington, DC 20036
Telephone: (202) 955-8500
jwall@gibsondunn.com
gsigler@gibsondunn.com
jlittleton@gibsondunn.com
mrozen@gibsondunn.com
ctalley@gibsondunn.com

Samuel P. Funk (BPR #19777)
Evan S. Rothey (BPR #37708)
**SIMS | FUNK, PLC**
3102 West End Avenue, Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com
erothey@simsfunk.com

***Attorneys for UnitedHealth Group Plaintiffs***

*/s/ Michael B. Kimberly*
Michael B. Kimberly *(pro hac vice)*
Linda M. Blair (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Michael.Kimberly@winstontaylor.com
Linda.Blair@winstontaylor.com

Nathan R. Lee (*pro hac vice*)
**WINSTON TAYLOR LLP**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Nathan.Lee@winstontaylor.com

E. Todd Presnell (BPR #017521)
Timothy A. Rodriguez (BPR #040779)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 252-2355
tpresnell@bradley.com
trodriguez@bradley.com

***Attorneys for Plaintiff Pharmaceutical Care Management Association***

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 20, 2026, I caused a true and correct copy of the foregoing to be served on the attorneys of record via CM/ECF.

*/s/ G. Brian Jackson*
G. Brian Jackson