UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CVS PHARMACY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TENNESSEE BOARD OF PHARMACY, et al.,<br><br>Defendants. | Case No. 3:26-cv-00685<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

**ORDER**

The parties filed a joint motion for a case management conference with the Magistrate Judge. (Doc. No. 104.) The motion is GRANTED. The case management conference is set before the Magistrate Judge on December 16, 2026 at 9:30 a.m. The parties shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge